

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: 6/7/2006

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:           Defendant:   FEDNERT ORISNORD, THEODRORE WITHERSPOON, JONIEL POLYNICE

Dist. Court No: 05-60022-cr   - DMM

U.S.C.A. No:   05-14659-DD

Style:   BERNARD DONJOIE  VS.  STATE OF FLORIDA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- __2__ Volume(s) of pleadings
- __18__ Volume(s) of Transcripts
- **x** Exhibits:   __0__ boxes;   __1__ folders;
-   __1__ envelopes;   __4__ PSIs (sealed)
- ☑ other:   1 SEALED ENVELOPE CONTAINING 4 PSI REPORTS
- ☐ other: _____
- ☑ Other:   1 ACCORDIAN FOLDER

Sincerely,
Clarence Maddox, Clerk of Court

By: _____
Deputy Clerk

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____
Deputy Clerk
Date 6/7/06

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408