UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JONIEL POLYNICE,                               CASE NO.  16-61503-CIV-DIMITROULEAS
                                                          (08-61917-DIMITROULEAS)
      Movant,                                      (05-60022-CR-DIMITROULEAS)
                                                          [11TH Cir. 16-13722]

vs.

UNITED STATES OF AMERICA,

      Responent.
_____/

**FINAL JUDGMENT AND ORDER DISMISSING/DENYING MOTION TO VACATE**

THIS CAUSE is before the Court on Movant Polynice's June 23, 2016 Motion to Vacate [E-1], and the Court having presided over the trial of this cause and having reviewed the Court file and Pre-Sentence Investigation Report (PSIR) finds as follows:

    1. On February 1, 2005, Joniel Polynice was indicted and charged with Conspiracy to Possess with Intent to distribute five (5) kilograms or more of Cocaine, Attempted Possession with Intent to Distribute five (5) kilograms or more of Cocaine, Using a Firearm in relation to a Drug Trafficking Crime and Possession of a Firearm by a Convicted Felon.  [CR-DE-29].  A Superseding Indictment was returned on April 12, 2005, which added, as Count One, a Hobbs Act Conspiracy.  [CR-DE-87].  On May 24, 2005, the Government filed an 851 Notice of Intent to Enhance.  [CR-DE-145].  The notice listed as predicate acts: an August, 1999 Aggravated Battery, an October, 2001, Possession of Marijuana and a July, 2002 Fleeing and Eluding and a Resisting Arrest with Violence.

    2. On June 8, 2005, Polynice was found guilty on all five charges.[1]  [CR-DE-168].

    3. On September 16, 2005, Polynice was sentenced to 420 months in prison.  [CR-DE-259].  He received the statutory maximum sentences (240 and 180 months, respectively), on Counts One and Five,

---

[1] The jury found that the amount of Cocaine for both Counts Two and Three was at least 15 kilograms.

1

360 months on Counts Two and Three, and 60 consecutive months on Count Four. He was sentenced as a Career Offender.[2]

4. On April 11, 2007, the Eleventh Circuit Court of Appeals affirmed the Judgment and Sentence. [CR-DE-329]. *U.S. v. Orisnord*, 483 F. 3d 1169 (11th Cir. 2007). The Court held that Felony Fleeing and Eluding, in violation of F.S. § 316.1935(3) is a crime of violence for purposes of the career offender enhancement under U.S.S.G. § 4B1.2. *Id* at 1183. On November 26, 2007, the United States Supreme Court denied certiorari. *Polynice v. U.S.*, 552 U.S. 1049 (2007).

5. In a November 24, 2008 motion to vacate, Polynice complained about his career offender sentence contending that Felony Fleeing and Eluding was not a crime of violence. This Court denied relief on December 4, 2008. [DE-5 in 08-61917CV]. On June 10, 2009, this Eleventh Circuit denied a certificate of appealability. {DE-17 in 08-61917-CIV].

6. In this successive motion to vacate, Polynice first complains that he no longer qualifies for a Career Offender enhancement, relying on *Johnson v. U.S.*, 135 S. Ct. 2551 (2015). However, *Johnson* only applies to the ACCA, not the guidelines. *Matchett v. U.S.*, 802 F. 3d 1185, 1193-97 (11th Cir. 2015). *Matchett* is binding law in the Eleventh Circuit. *In re: Griffin*, 2016 WL 3002293*4 (11th Cir. 2016). Moreover, Polynice was sentenced after January 12, 2005, when the guidelines became advisory. *In Re: Sapp,* No. 13338 (11th Cir. 2016). However at sentencing the Court apparently only relied on the Felony Fleeing and Eluding and Resisting Arrest With Violence convictions as predicate acts for the Career Offender classification. [CR-DE-308, p. 27]. Consequently, the Court has not considered whether the 1999 Aggravated Battery would have qualified as a predicate crime. *Bryant v. Warden*, 738 F. 3d 1253, 1279 (11th Cir. 2013).

---

[2] As a career offender, Polynice scored at an Offense Level 37, Criminal History Category VI for a range of 360 months to life. Without the career offender classification, the PSI reflects his score at a Offense Level 34, Criminal History Category IV for a range of 210-262 months. Without a Career Offender classification, Polynice would have received lower sentences on Counts Two and Three and possibly on Count One.

7. Second, Polynice contends that the 924(c) conviction cannot be based on a Hobbs Act predicate. Polynice complains that Hobbs Act Robbery Conspiracy is not a predicate crime for an 18 U.S.C. 924(c) conviction. However, the indictment charged alternative predicate crimes: Hobbs Act Conspiracy and a Drug Trafficking crime. *See Polanco v. U.S.*, 2016 WL 1357535 (S.D. Fl. 2016); *In Re: Ramon Blanco,* No. 16-13143 (11th Cir. June 30, 2016). Moreover, the jury was only instructed on the drug trafficking predicate. Additionally, it does not appear that *Johnson v. U.S.*, 135 S. Ct. 2551 (2015) has been extended beyond the Armed Career Criminal Statute. *U.S. v. Matchett*, 802 F. 3d 1185 (11th Cir. 2015). No error has been shown.

8. This Court would normally view this petition as time-barred. Polynice should not be able to utilize *Johnson* as a porthole for an otherwise stale complaint. *In Re: Griffin*, 2016 WL 3002293 (11th Cir. 2016); 28 U.S.C. Section 2244(b)(3)(C). However, the Eleventh Circuit has recently appeared to rule to the contrary. *In Re: Rogers*, 2016 WL 3362057 (11th Cir. 2016).

Wherefore, Polynice's Motion to Vacate [DE-1] is Dismissed as successive[3] . As to the 924(c) count, it is Denied on the merits. As to the career offender classification, it is Denied based on *Matchett*. The request for a stay is Denied. Should the Eleventh Circuit grant relief, then this court would view this petition as either timely filed or eligible for equitable tolling.

The Clerk shall close this case and deny any pending motions s Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of July, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[3] There is no reason for this Court to advise Polynice of the necessity to seek approval for a second motion from the Eleventh Circuit, as he has already done so, twice. [16-12484, denied on June 9, 2016] and [16-13722].

Copies furnished to:

Joniel Polynice, #57112-004
FCC Coleman Medium
PO Box 1032
Coleman, FL  33521-1032

Roger Powell, AUSA